IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONNIE BARTON | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-63 |
| MEDICAL DEPARTMENT, *et al.*, | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Ronnie Barton, an inmate formerly confined at the Mark Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-referenced civil rights action pursuant to 42 U.S.C. § 1983 against defendants Medical Department, UTMB Correctional Care/John Sealy Hospital, Executive Director Bryan Collier and Warden Darren B. Wallace.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the complaint be dismissed pursuant to 28 U.S.C. § 1915(g) (docket entry no. 4).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

---

[1] Plaintiff received a copy of the Report and Recommendation on March 17, 2020 (docket entry no. 6).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**.  A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 4th day of June, 2020.**

Michael J. Truncale
United States District Judge